# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-12-00319-CV

**Andrew Lloyd Kurr, Appellant**

**v.**

**BAC Home Loans Servicing, LP, and the Bank of New York Mellon Corporation
d/b/a The Bank of New York Mellon f/k/a The Bank of New York, as Trustee for the
Certificate Holders CWABS, Inc. Asset Backed Certificates, Series 2005-BC5 , Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 200TH JUDICIAL DISTRICT
### NO. D-1-GN-10-000462, HONORABLE TIM SULAK, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Andrew Lloyd Kurr filed his notice of appeal on May 8, 2012, and his brief was originally due on October 8, 2012. On January 31, 2013, this Court ordered Kurr to file his brief no later than February 28, 2013. We also notified Kurr that his failure to comply with the order could result in the dismissal of this appeal. *See* Tex. R. App. P. 38.8(a). To date, Kurr has not filed a brief. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3 (b), (c).

_____

Scott K. Field, Justice

Before Chief Justice Jones, Justices Goodwin and Field

Dismissed for Want of Prosecution

Filed:  March 13, 2013